IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ROBYN RENEA HAMILTON, and<br>JULIO CESAR PONCE-YBARRA,<br><br>    Defendants. | 8:13CR43<br><br>ORDER FOR DISCLOSURE |

  This matter having come before this Court on Plaintiff's Motion for Disclosure of Grand Jury Materials (Filing No. 577).

  IT IS ORDERED:

  1. The government shall disclose a copy of transcripts of the testimony of James Thompson, SA Paul Orduna, and Inv. Douglas Kelly given before the Grand Jury concerning the above-listed defendants to their attorneys.

  2. That defense counsel is hereby prohibited from releasing information contained in the Grand Jury testimony aforementioned to anyone except the above-listed defendants.

  DATED this 9th day of March, 2015.

        BY THE COURT:

        s/ F.A. GOSSETT, III
        UNITED STATES MAGISTRATE JUDGE